# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 92 WAL 2015

             Respondent          :

                           :   Petition for Allowance of Appeal from
                           :   the Order of the Superior Court

         v.                :

KENNETH J. PINER,             :

             Petitioner         :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.